RANDALL H. SCARLETT, ESQ. (CSB 135554)
SCARLETT LAW GROUP
536 Pacific Avenue, 1st Floor
San Francisco, CA 94133
Telephone: (415) 352-6264
Facsimile: (415) 352-6265
rscarlett@scarlettlawgroup.com

Attorneys for Plaintiffs
TAMMY PINEDA and SERGIO PINEDA

FILED
DEC 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; JAMES A. KRAUS, M.D.; SUSAN KRAUS, M.D.; ENRIQUE TALAMANTES, PA-C; SILVIA DIEGO, M.D.; VIKRAM KHANNA, M.D.; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 1:11-CV-00878 AWI BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: December 8, 2011                      SCARLETT LAW GROUP

_____
RANDALL H. SCARLETT, ESQ.
Attorneys for Plaintiffs
TAMMY PINEDA and SERGIO PINEDA

It is so Ordered. Dated: 12-5-11
_____
United States District Judge

1
NOTICE OF VOLUNTARY DISMISSAL (1:11-CV-00878 AWI BAM)